# DISTRICT JUDGE BAIL DISPOSITION SHEET

UNITED STATES OF AMERICA  
-vs-  
Sean Stewart

Date: 5/18/15  
Docket No: 15-MG-1634

*U.S. DISTRICT COURT FILED MAY 18 2015 S.D. OF N.Y.*

DOC # 9

DEFENDANT ADVISED OF HIS RIGHTS UNDER THE FEDERAL RULES OF CRIMINAL PROCEDURE. THE CHARGE WAS EXPLAINED. DEFENDANT ADVISED OF THE RIGHT TO COUNSEL AT ALL PROCEEDINGS, AND IF DEFENDANT HAS NO FUNDS, COUNSEL WILL BE APPOINTED.

Bail Modification

FOR THE GOVERNMENT:  
AUSA Brooke Cucinella

FOR THE DEFENDANT(S):  
Gerald DiChiara

BAIL DISPOSITION:  
$1,000,000 – PRB secured by $250,000 – cash, property, or security. Defendants 401k is agreed to satisfy bond. Signed by Defendant and 1 FRP. Travel restricted to Continental USA. Deft to surrender passport and no new applications. Urinalysis, if positive, pretrial supervision directed. Release today (5/18/15) on Defendant signature and one week to satisfy the conditions.

SIGNED BY: A. Netter 5/18/15 , U.S.D.J.

PSA OFFICER: _____  
INTERPRETER: _____

PART I – TO MAGISTRATE CLERK'S OFFICE