```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-3-2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -      X

UNITED STATES OF AMERICA          :

       - v. -                  :

SEAN STEWART and                  :
ROBERT STEWART, a/k/a "Bob,"
                                  :
      Defendants.
- - - - - - - - - - - - - - -      X

[~~PROPOSED~~]

**PROTECTIVE ORDER**

S1 15 Cr. 287 (LTS)

LAURA TAYLOR SWAIN, District Judge:

      WHEREAS the Government intends to produce to the defendants certain discovery materials pursuant to Federal Rule of Criminal Procedure 16 ("Rule 16"), Title 18, United States Code, Section 3500, *Brady* v. *Maryland*, and/or *United States* v. *Giglio*, which contain and/or reflect personal identification information (including but not limited to names, social security numbers, dates of birth, home addresses, telephone numbers, bank account information, and other financial information); and

      WHEREAS pursuant to Rule 16(d)(1) and Title 18, United States Code, Section 3771, the Government desires to protect the confidentiality of the personal identification information contained in the materials it produces; and for good cause shown;

IT IS HEREBY ORDERED:

1.    Discovery material produced by the Government to the defendants in this action that contains and/or reflects personal identification information (including but not limited to names, social security numbers, dates of birth, home addresses, telephone numbers, bank account information, and any other financial information that contains personal identification information of individuals beyond the defendant to whom the materials are produced) -- whether in paper or electronic form -- is deemed "Confidential Material."

2.    Confidential Material disclosed to the defendants' attorneys during the course of proceedings in this action:

(a)   shall be used by each defendant or his counsel only for purposes of this action;

(b)   shall be kept in the sole possession of each defendant's counsel;

(c)   shall not be reviewed or maintained by either defendant outside the presence of his counsel;

(d)   shall not be copied or otherwise recorded by the defendants;

(e)   shall not be disclosed in any form by the defendants or their counsel except as set forth in paragraph 2(f) below;

(f)   may be disclosed only by the defendants' counsel and only to the following persons (hereinafter "Designated Persons"):

(i)   investigative, secretarial, clerical, paralegal, and student personnel employed full-time or part-time by each defendant's counsel;

(ii) independent expert witnesses, investigators, or advisors retained by either defendant or on his behalf in connection with this action; and

(iii)such other persons as hereafter may be authorized by the Court upon a motion by either defendant; and

(g)   shall be either (i) returned to the Government following the conclusion of this case, together with any and all copies thereof, or (ii) destroyed together with any and all copies thereof, with the relevant defendant's counsel verifying in writing to the Government that such destruction has taken place.

3.   The defendants and their counsel shall provide a copy of this Order to Designated Persons to whom Confidential Material is disclosed pursuant to paragraph 2(f).  Designated Persons shall be subject to the terms of this Order.

4.    The provisions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing, trial, or sentencing proceeding held in this action, or to any judge or magistrate of this Court for purposes of this action.

IT IS SO ORDERED.

Dated:    New York, New York
          July ____, 2015

                              —— see following page ——

                              HONORABLE LAURA TAYLOR SWAIN
                              United States District Judge

AGREED AND CONSENTED TO:

_____
TAI PARK, ESQ.
Attorney for Sean Stewart

_____
JILLIAN BERMAN, ESQ.
Attorney for Robert Stewart

4.    The provisions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing, trial, or sentencing proceeding held in this action, or to any judge or magistrate of this Court for purposes of this action.


IT IS SO ORDERED.


Dated:      New York, New York
            July 30 , 2015


                                        8/3/15
                              HONORABLE LAURA TAYLOR SWAIN
                              United States District Judge

AGREED AND CONSENTED TO:


_____
TAI PARK, ESQ.
Attorney for Sean Stewart


_____
JILLIAN BERMAN, ESQ.
Attorney for Robert Stewart