**PARK JENSEN BENNETT LLP**

40 WALL STREET
NEW YORK, NEW YORK 10005

(646) 200 - 6300
WWW.PARKJENSEN.COM

TAI H. PARK
TPARK@PARKJENSEN.COM
DIRECT DIAL (646) 200-6310
TELECOPIER (646) 200-6311

September 8, 2015

**BY ECF AND FACSIMILE**

Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re: United States v. Stewart, 15 Cr. 287 (LTS)

Dear Judge Swain:

      We represent defendant Sean Stewart in the above-referenced case. There is currently a pre-trial conference scheduled before your Honor this afternoon at 3 p.m. We learned earlier this morning that Mr. Stewart would like to be excused from attending the pre-trial conference because of unexpected delays in moving to his new apartment. Due to his current circumstances, Mr. Stewart has had to move and ran into difficulties getting approval at the new location. The issue has been resolved but delayed his move.

      Based on the foregoing circumstances, we write respectfully to request that Mr. Stewart be excused from today's conference, at which we expect scheduling issues to be discussed. Mr. Stewart understands his right to be present, waives that right for purposes of this conference and requests permission not to attend. The government has consented to our request.

                                                 Respectfully submitted,

                                                 Tai H. Park

Cc:   Sean Stewart,
        AUSA Brooke Cuccinella