UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
United States of America,
                    Plaintiff,

    -against-

Sean Stewart,
                    Defendant.
------------------------------------------------------

Case No. 15 Cr. 281-2

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Charles Edward Carey**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CC 1212   My State Bar Number is: 4979308

I am,
[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
    FIRM NAME: New York City Law Department
    FIRM ADDRESS: 100 Church Street
    FIRM TELEPHONE NUMBER: 212-442-3329
    FIRM FAX NUMBER: 212-788-3770

NEW FIRM:
    FIRM NAME: Park Jensen Bennett LLP
    FIRM ADDRESS: 40 Wall Street, 41st Floor
    FIRM TELEPHONE NUMBER: 646-200-6300
    FIRM FAX NUMBER: 646-200-6301

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: October 30, 2015

s/ (CC 1212)
ATTORNEY'S SIGNATURE