SUPREME COURT STATE OF NEW YORK
COUNTY OF NEW YORK

Index No.
Address of Plaintiff:

UNITED STATES OF AMERICA

*Plaintiff(s)*

against

SEAN STEWART

*Defendant(s)*

**JUDGMENT BY CONFESSION**

Amount Confessed ........................................................ $ 250,000.00
Interest ....................................................................
                                                                $
Costs by Statute .................................................. $
Transcript ..................................................
Fees on Execution ............................................
Satisfaction ....................................................
Filing Fee ......................................................

Total (costs and disbursements) $
Total $ 250,000.00

STATE OF NEW YORK, COUNTY OF

**ATTORNEY'S AFFIRMATION**

The undersigned, attorney at law of the State of New York, affirms that    he is

attorney(s) for the plaintiff    herein and states that the disbursements above specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount and affirms this statement to be true under the penalties of perjury.

Dated:

_____
Print Name Beneath Signature

JUDGMENT entered the        day of
On filing the foregoing affidavit of Confession of Judgment made by the defendant        herein, sworn to the        day of
NOW, ON MOTION OF  UNITED STATES ATTORNEY'S OFFICE, SDNY
attorney(s) for plaintiff    it is
ADJUDGED that  UNITED STATES OF AMERICA
                                                                                        plaintiff(s),
residing at
do recover of  SEAN STEWART
residing at  61 East 71th St. New York, NY                                              defendant(s),
the sum of $ 250,000.00    with interest of $ N/A    making a total of $ 250,000.00
together with $ N/A    costs and disbursements, amounting in all to the sum of $250,000.00
and that plaintiff    have execution thereof.

_____ Clerk

Index No. _____    COURT _____    COUNTY OF _____

## Affidavit and Judgment by Confession

UNITED STATES OF AMERICA

*against*    *Plaintiff(s)*

SEAN STEWART

*Defendant(s)*

Gerald J. Di Chiara
*Attorney(s) for*  SEAN STEWART
*Office and Post Office Address*
Gerald J. Di Chiara, ESQ.
3 PARK AVE., SUITE 1501
NEW YORK, NY 10016

SUPREME COURT STATE OF NEW YORK
COUNTY OF NEW YORK

Index No.

UNITED STATES OF AMERICA

against

*Plaintiff(s)*

SEAN STEWART

*Defendant(s)*

**AFFIDAVIT OF CONFESSION OF JUDGMENT**

STATE OF NEW YORK, COUNTY OF NASSAU  ss.:

SEAN STEWART being duly sworn, deposes and says: that deponent is defendant herein.

The defendant hereby confesses judgment herein and authorizes entry thereof against defendant in the sum of $ 250,000.00

Defendant resides at 61 East 77th Street, 6A, New York, New York 10075 in the County of New York State of NEW YORK. Defendant authorizes entry of judgment in New York County, New York, if said residence address is not in New York State.

This confession of judgment is for a debt justly* due to the plaintiff arising from the following facts:

THE DEFENDANT CONFESSES JUDGEMENT IN THE AMOUNT OF $250,000.00 TO SECURE

BAIL IN THE AMOUNT OF $1,000,000.00 FOR CASE NUMBER 15 MAG 1634 IN THE UNITED

STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

This affidavit if made in connection with an agreement for the purchase for $1,500.00 or less of any commodities for any use other than a commercial or business use upon any plan of deferred payments whereby the price or cost is payable in two or more installments, was executed subsequent to the time a default occurred in the payment of an installment thereunder.

Sworn to before me this 21st day of May 2015

*[signature]*

The name signed must be printed beneath

SEAN STEWART

ANA L. VERAS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01VE6231848
Qualified in Queens County
My Commission Expires November 29, ~~2014~~ 2018

I, SEAN STEWART, residing at 61 East 77th Street, Apt 6A, New York, New York 10075, do hereby agree that my ∪BS ∪E 62119KA Account, shall be pledged as additional security or collateral for the One Million Dollar Personal Appearance Bond of defendant, Sean Stewart, in the matter of <u>UNITED STATES OF AMERICA V. SEAN STEWART</u>, 15 Mag 1634. A copy of the statements for these accounts is attached hereto. I shall not transfer, assign, hypothecate said accounts or withdraw any funds from said accounts while I am recognized by the Court as a suretor on Sean Stewart's Appearance Bond.

Dated: May 21, 2015

_____
Sean Stewart

Sworn to before me this
21st day of May, 2015.

_____

ANA L. VERAS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01VE6231848
Qualified in Queens County
My Commission Expires November 29, ~~2014~~ 2018