

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 19, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-19-2016

**BY FACSIMILE**
Hon. Laura T. Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Richard Cunniffe*, 15 Cr. 287 (LTS)

Dear Judge Swain:

The Government, with the consent of counsel for defendant Richard Cunniffe, respectfully requests that Mr. Cunniffe's sentencing control date be adjourned for approximately six months, to a date and time that is convenient for the Court. The Government expects that it will require Mr. Cunniffe's cooperation in connection with the continued prosecution of defendant Sean Stewart, whose case is pending before Your Honor under this docket number.

Respectfully submitted,

PREET BHARARA
United States Attorney

by: /s/ Brooke E. Cucinella
Sarah Eddy McCallum/Brooke E. Cucinella
Assistant United States Attorneys
Tel.: (212) 637-1033/2477

The sentencing control date is adjourned to July 22, 2016, at 2:00 pm
SO ORDERED
THIS 19th DAY OF JANUARY, 2016

Hon. Laura T. Swain, District Judge

Cc: Kevin T. Kearon, Esq. & Alexander R. Klein, Esqs. (by email).