IH-29

# DISTRICT JUDGE BAIL DISPOSITION SHEET

| | |
|---|---|
| UNITED STATES OF AMERICA<br>-vs-<br>Sean Stewart | Date: January 22, 2016<br>Docket No:  15 crim 287 (LTS) |

DEFENDANT ADVISED OF HIS/HER RIGHTS UNDER THE FEDERAL RULES OF CRIMINAL PROCEDURE. THE CHARGE WAS EXPLAINED. DEFENDANT ADVISED OF THE RIGHT TO COUNSEL AT ALL PROCEEDINGS, AND IF DEFENDANT HAS NO FUNDS, COUNSEL WILL BE APPOINTED.

FOR THE GOVERNMENT:

Sarah E. McCallum, AUSA
Brooke E. Cucinella, AUSA
(212) 637-1033 / 2477

FOR THE DEFENDANT(S):

Martin Cohen, Esq.
Mark Gombiner, Esq.
(212) 417-8737 / 8718

BAIL DISPOSITION:

Conditions are modified as follows, effective immediately. Home detention is added. Defendant must remain at his residence except for the hours of 7am to 10am, and 12:30 pm to 4pm, for child care purposes. Defendant must remain at his residence at all other times except for meetings with attorneys and medical treatment or other exceptions approved by Pre-Trial Services. Defendant must comply with the conditions of electronic monitoring. All other conditions as previously imposed remain in effect.

SIGNED BY: _____, U.S.D.J.

PSA OFFICER: _____

INTERPRETER: _____