# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District
Jennifer L. Brown
*Attorney-in-Charge*

February 4, 2016

*By ECF*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2016

Honorable Laura T Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:  *United States v. Sean Stewart*
     15 Cr. 287 (LTS)

Dear Judge Swain:

I write to respectfully request that the Court modify Mr. Stewart's electronic monitoring restriction to allow him to attend an event at his son's school tomorrow. Pretrial Services cannot approve the request without a court order because, as a general policy, it doesn't approve social activities outside of the home. The Government – per Assistant United States Attorneys Sarah McCallum and Brooke Cucinella – "concurs with pretrial."

On January 22, 2016, the Court imposed a condition of home detention, with Mr. Stewart to remain at his residence except for the periods of 7:00 a.m. to 10:00 a.m. and 12:30 p.m. to 4:00 p.m. to allow Mr. Stewart to care for his son.

Tomorrow from 11:00 a.m. to 12:00 p.m., Mr. Stewart's son's school is having a Lunar New Year celebration, in which children will learn of, and participate in, activities associated with the Chinese New Year. We respectfully request that the Court modify the conditions of Mr. Stewart's release to allow him to participate. Accordingly, we request that the Mr. Stewart's conditions be modified so that on February 5, 2016, he is allowed to leave his home at 10:45 a.m. instead of 12:30 p.m. to attend this event at his son's school.

Thank you for your attention to this request.

Respectfully submitted,

/s/
Martin Cohen
Assistant Federal Defender
Tel. (212) 417-8737

Cc: Brooke Cucinella and Sarah McCallum, Esqs., via ECF
    John Moscato, U.S. Pretrial Services Officer, by e-mail

The foregoing request is granted. Docket Entry Number 69 is resolved.

SO ORDERED:
/s/ 2-5-2016
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE