# **EXHIBIT B**

Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Dear Judge Swain:

I appreciate you giving me the opportunity to write about Robert Stewart, who has been my father and one of my best friends for almost 32 years. My father has played multiple roles in my life and the lives of my other family members and friends. My father is the most caring, generous, dedicated, honorable, and hardworking person that I know. I could write hundreds of pages of examples representing how incredible my father is. However, in this letter I would like to highlight the key positive attributes that he possesses and has instilled in those around him. In this letter I would like to focus on his role as a father, grandfather and husband.

I can say with confidence that I'm blessed to have the best father in the world. From a young age, my father has been devoted, an incredible role model, my biggest supporter and a positive influence on me; it's due to his actions which have formed who I am today. Even though my father was very busy working, he made sure that my mother, brother and I always felt his love and presence. My father raised and taught us that family and love are the key to happiness in life. My dad is a dedicated father, and always put our family first, making sure that he was in attendance at every school event, sporting activity and key milestone of my brother and I. My father also always made sure to spend quality time with us, including going to Met's games, playing golf and taking family trips.

My father sacrificed his life to ensure my brother and I had an incredible life. My father made sure that we went to the best high school and college and was supportive in furthering our education, including staying up late to help us study or work on school projects. I can vividly remember how he would come home, attend our sporting events, we would eat dinner as a family, he would help us with homework, we would go to bed, and then my father's night was just beginning as he would work from home, working extra hard to make sure that he could support our family's needs, while making sure that he was present in our lives. His presence continued all throughout my college days, as he and my mother would drive and / or fly hundreds of miles just to watch my college golf tournaments or be in attendance at college events. My father has an unconditional love for his family which is deeper than any love that I have seen from any other father.

My father is a crucial influence on the lives of my children. Unfortunately, given my work schedule, and difficulties of having two children under the age of two at home, along with my wife being pregnant with a third child, we rely on the help of my father to act as a key caretaker of our children. My father always makes it a priority to come over in the afternoons and assist my wife with the children. He is willing to drop everything that he has going on to help us.

███████████████████████████████████████ Additionally, my ten month old daughter has her own needs and is obviously unable to care for herself; as such, my father plays a crucial role in the day-to-day duties of caring for our children. Not only is he around to assist with the children, but he has formed an incredible bond with ███████, and is truly a positive influence in teaching him how to speak, read, and develop key motor skills. My father has shown my children the same unconditional love that he has shown to our family, which has resulted in a crucial, necessary, irreplaceable positive influence. My dad is the backbone and glue that keeps my family together and we rely on him for so much when it comes to the wellbeing of my children.



In addition to being a caretaker, my father is a devoted and loving husband. My parents' marriage is a true example of unconditional love and a successful marriage. His relationship with my mother has taught me how to be a better husband to my wife. My father's true characteristics of love, patience, devotion and humility are all exemplified through his marriage with my mother.

My father is an incredible human being. He has taken the weight of the world on his shoulders and is always helping others before helping himself. He doesn't help others for gratification; rather he helps others because it's in his DNA and loving nature to help others. A great example of this is how my father sacrificed so much of his own life in order to help with taking care of my grandmother who recently passed away. My father was at her apartment every morning and night making sure that the aides were taking good care of my grandmother, ensuring that there was enough food and medicine in the house.

Even over the last few months, when things have obviously been difficult, my father has not stopped being the incredibly generous, selfless, loving and impressionable person that he truly is. He continues to touch and impact so many lives on a daily basis and is crucial to the wellbeing our family.

Sincerely,

*Ryan Stewart*

Ryan P. Stewart