# **EXHIBIT C**

Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Dear Judge Swain:

My name is Marissa Stewart, and I am Robert (Bob) Stewart's daughter-in-law. I am married to Bob's younger son, Ryan, with whom I have two children: ██████████████████████████████████. Additionally, I'm currently pregnant with our third child who is will be born in early October. I have known Bob for almost nine years, and I am writing in deep support of him, and the help he constantly provides my family and I.

My husband, Ryan, works 40 minutes away from our house, in New York City. As a mother with two children under two, it is not an understatement to say that we could not survive without Bob's assistance. Oftentimes, Ryan works late or travels out-of-state. In those instances, if I need help feeding or putting our children to bed, I know I can call Bob and he will come to our house on a moment's notice. Similarly, while managing the logistics of raising two young children, I can always count on Bob to stay with one child while I attend doctor's or other necessary appointments with our other child. The relationship he has developed with both ████████████████ is beautiful. While he is far-removed from diapers, formula and feedings himself, Bob never struggled to readjust to these duties as the grandfather to our children. Our children look forward to the time they spend with Bob (or Gramps, as they refer to him.) I expect that I will rely on Bob even more after my third child is born.

In addition to helping my immediate family, for many years, Bob was the caretaker for his ailing mother-in-law, before she recently passed away. Bob would begin and end each day visiting his mother-in-law's house and helping the health aides with the feeding and care of his mother-in-law. ████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

Bob is a selfless man who is dedicated to his family. He loves his three grandchildren and they – and we – would be lost without him. I was lucky enough to be raised in close proximity to my grandparents, and I so value that same opportunity for my children. He is a daily, crucial part of our lives, and I sincerely hope and need that to continue.

Sincerely,

Marissa Stewart

*Marissa Stewart*