# **EXHIBIT E**

▅▅▅▅▅▅▅▅<br>
New York, NY 10282<br>
November 30, 2015

To Whom It May Concern:

      It is my pleasure to write a letter describing Robert Stewart's character and professional conduct.  I first met Mr. Stewart when I worked at the ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ and he was a partner at ▅▅▅▅▅▅▅.  ▅▅▅▅▅▅▅▅▅▅, a private foundation with assets of approximately $90 million at the time, hired ▅▅▅▅▅▅▅▅ to act as an external controller for the organization.  I worked closely with Mr. Stewart for more than a decade beginning in the 1980s and continuing through the end of the 1990s.  During that time, Mr. Stewart left ▅▅▅▅▅ ▅▅▅▅▅▅ and eventually ▅▅▅▅▅▅▅▅▅▅ hired an in-house comptroller.  We relied on Mr. Stewart to assist with the transition to build internal capacity.   I regularly recommended Mr. Stewart to friends and professional colleagues who were seeking accounting services and advisement.  It was always a pleasure to work with Mr. Stewart, who conducted himself in a professional manner, was available to answer any questions, and completed work in a timely manner.  I always found his work to be of high quality and most importantly he treated all tasks with equal seriousness whether it was a simple personal tax return or the complex filings of a nonprofit organization.  I continue to believe Mr. Stewart serves clients to a high professional standard and have never received negative feedback from anyone who has worked with him.

Yours sincerely,<br><br>
<em>[signature]</em><br><br>
Lisa Ackerman