# EXHIBIT F

Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

January 28, 2016

Dear Judge Swain:

    I know Bob Stewart in excess of 35 years--He is a man of faith and devotion not only to his family but to his church, friends, and people at large encountered in daily routines. I have never known Bob to raise his voice either in anger or frustration to anyone. Not a waiter, the gardener, the car mechanic, paperboy, store clerk, anyone who has come in contact with Bob has always been treated with respect and compassion.

    Bob exemplifies the true meaning of a devoted husband and father. He has gone to incredible lengths to educate his sons, provide for his wife, see to the long term care needs of his ailing mother-in law (recently deceased) and the on-going duties of a loving grandfather. He just seems to do it all without expecting any recognition or medal for his selfless acts of kindness and compassion.

    I have always had a complete trust in Bob to do the right thing regardless of the circumstances. My wife and I some years back named Bob second trustee and guardian for our (3) minor children. Truthfully there can be no greater trust and faith in a man than placing your children in his care and guardianship. I did that then and I would do that now, regardless of the allogations against Bob. I feel that strongly about his integerity and professionalism. It matters least to me what people or newspapers report regarding this case, deep down I know the man.

    I realize that the legal challenges that lie ahead for Bob are quite substantial. My only request is that in your judgement of Bob please consider the whole man and the deeds of his whole life prior to these charges before you now. Hopefully there is latitude in your decision that will allow Bob to continue being a productive and useful role model for his family and friends.

    Should you wish I am willing to come to court, be deposed, and speak on Bob's behalf or to contribute in any manner I can. I trust that the foregoing letter speaks to the trust and faith I have in Bob. Regardless of the outcome of these proceedings I will always have the utmost respect for him. Bob has my complete support no matter what.

Thanks very much,

Philip E. Brugge