# **EXHIBIT G**



**Maria Regina R.C. Church**
3945 Jerusalem Avenue
Seaford, New York 11783
(516) 798-2415   FAX (516) 798-7493
www.mariaregina.com

December 2, 2015

Honorable Laura T. Swain

United States District Court

Southern District of New York

500 Pearl Street

New York, New York 100071312

Dear Judge Swain:

   I am honored and consider it a compliment to have been asked to write this character reference for Robert Stewart. I have known Bob for approximately 45 years because of the fact that I have served in his eventual parish church as a weekend assistant, a full time assistant and then finally pastor from 1972 until 2015.

   I first met Bob when he and his wife invited me to witness their marriage in the mid 70's. I did that and remember the event rather pointedly because, at the time, Bob was a member of a Presbyterian (if I am not mistaken) community, and the minister from his faith community came to Sacred Heart in North Merrick to participate in the wedding ceremony.

   Not long after his wedding, Bob approached me with the request that I help him prepare to become a full-fledged Roman Catholic. I did that with a great deal of enthusiasm and eventually presided over his entrance into full communion as a Roman Catholic.

   He and his wife, Claudia, became members of Sacred Heart parish subsequent to their marriage and eventually became the proud parents of two boys: Sean and Ryan. There is a very real chance that, while I popped in and out of Sacred Heart as a weekend and visiting clergyman for a period of time, I

baptized both boys. For a good many of the years since, I have been the recipient of Christmas cards from the Stewarts which documented the growth of both young men since the card always contained a recent picture of them both.

Over those years, I did note and admire the close family life that Claudia and Bob had created with and for their sons. For years Bob was involved in the Boy Scout program we had at Sacred Heart and served that program in varied ways. I do recall handling some financial matters with him in his role with the BSA. It was our custom to tithe to several parish related organizations, the BSA being one of them. It struck me that his colleagues in the parish BSA program knew and respected him enough to trust him with this responsibility. (It was also an indication that as a convert he had embraced his place in our parish to the degree that gained him this respect and trust.)

Bob is a very mild mannered person. I never found him to be anything but respectful, obliging and exceptionally forthright when it came to dealing with me as his pastor. In fact, I found him to be a true and genuine spirit within the community of the parish and a man who cultivated a strong dedication to his family and friends.

I find that the matters which bring him to your attention are certainly foreign to the person I have come to know and respect over all these years. His respect for authority and for right living are two characteristics that immediately come to mind when I think of him. There is no way over the years that I have known him that Bob would intentionally betray a trust or use his position or knowledge for personal gain. I see that reflected in his two sons who have grown to be among the most admirable, upright and competent young men that I know.

In short, as I end this letter, I can only say that I am willing to do anything and everything I can to vouch for Bob as a family man and upright member of our community. Bob is one strong link in a very strong family. At this time in his life, as his sons begin their own families, Bob is being challenged by the wear and tear that age brings upon us all. ████████████████████████████
████████████████ While I am not privy to all the facts surrounding her situation, I do know his presence and companionship is a huge source of strength and consolation for her and his entire family.

I recommend him whole heartedly to your attention and consideration as well as being strongly committed to doing anything I can be of assistance to him and his family.

Sincerely,

*Thomas G. Gallagher*

Rev. Thomas G. Gallagher, PE