# **EXHIBIT H**

Honorable Laura T. Swain
United States District Court
Southern District New York
500 Pearl St.
New York, N.Y. 10007-1312

March 3, 2016

Dear Judge Swain,

I am writing this letter of character reference for Robert Stewart. I have known Bob and his family for over 20 years, we met through our children while they were in elementary school and we started to socialize together, attend Church together and became good friends. I was in the catering business and Bob has hired me to cater affairs for both business functions as well as well as his home. I believe I am in a position to speak on behalf of Bob's moral character, so I hope you will take this letter into consideration when you are evaluating this situation in making your decision.

Bob is, in short, a truly good person, who is, and has always been kind and generous with others. Bob has a strong sense of duty, which applies with his job, family, and community. Bob is a well respected and involved member of our parish, Sacred Heart RC Church in Merrick, who has always given his time to help those in need. Bob was part of the New Church Committee and instrumental in helping to raise the funds to build our new church by giving his time to make calls to other parishioners asking for donations. Bob was also very involved in our parish working with the Boy Scouts, and serving as a leader and role model to the boys who have participated. He also possesses a great deal of integrity, constantly strives to make sure that he is always doing the right thing. Bob is that friend that you look to and say "I would like to be more like Bob".

As I think about specific examples of who Bob Stewart is more and more come to mind. One example is how devoted he was to his mother in law, Mary Jane O'Connor. She has recently passed away but as far back as I can remember Bob has always been there helping her with everything from shopping to fixing things to planting with her, to caring for her medical needs. Bob and Claudia were always taking her to Church, dinner and including Mrs. O'Connor in everything that they were doing at the time. Mrs. O'Connor has 2 sons and a daughter and the night that she passed away it was Bob who she wanted to see. Bob has raised his sons to be respectful and also encouraged both boys to earn the title of Eagle Scout with the Boy Scouts which they both achieved.

It must be difficult for you to make decisions like this when you don't actually know the person standing in front of you, so I hope you will look at my letter and many others that you are receiving, and understand that Bob Stewart is the kind of person around whom people rally. That has to say something, so please let that be a factor in your decision.

Thank you,

Louis Groia

*Louis Groia*