# **EXHIBIT I**

John F. Healy

Sag Harbor NY 11963

November 30, 2015

Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Dear Judge Swain,

I writing you today in the hope that I can give you a sense of what kind of man Bob Stewart is.

I met Bob in the late 1990's. He and I both sent our children to Kellenberg High School in Uniondale. Kellenberg is a Catholic high school that stresses effort, personal responsibility and respect for others. These are principles we hoped to instill in our children and are the principles we practice in our daily lives. I first got to know Bob at the kids high school during functions that parents were invited to attend.

We discovered we had mutual friends and we'd meet at friends homes for dinner or a party. Over time I've had the pleasure of attending both boy's weddings and subsequent christenings of Bob and Claudia's grandchildren.

As our friendship developed over the years I noticed that Bob and his wife Claudia together, went out of their way to do little kindnesses that are so often absent in todays world. Cards with good wishes would arrive for almost any occasion, just their way of letting you know YOU are important to us. On my birthday , a phone call, not just a text or

Facebook post. Any time there was an illness or death in our family Bob and Claudia would call and offer kind words of support.

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████ Shortly afterward, a package arrived at my home. Inside was a beautiful leather bound book. Inside the pages were blank. Apparently, I mentioned to Bob that I might take a stab at creative writing since I would no longer be at the office all day. Buying that book told me they supported my desire to write and hoped that I would stay healthy enough to do so. I was really touched by their thoughtfulness and I told them so in writing and in person.

In writing this letter on Bob's behalf, I notice how closely I identified Bob with Claudia. They are truly one of the closest couples I know and it makes me smile knowing how much they love each other. Where I can set Bob apart is in the ████████████████████
████████████████████████████████████
████████████████. Bob not only took care of Claudia during these times but also made sure Claudia's Mom, who had Alzheimers, was being cared for properly and visited regularly. Bob stepped right in to handle both his and Claudia's household affairs all while still working. In all that time I never heard him complain that he was overwhelmed. He handled everything as a labor of love.

Over the years I have seen how Bob cares for his wife, children, grandchildren and extended family and friends. I also had a brief opportunity to visit him at work. He was enthusiastic about his products and and his partners. He both showed and received the respect of the people with whom he worked.

By all these important measures, I hope you can see that Bob is a deeply caring man of integrity that I am proud to call my friend.

Sincerely Yours,

*[signature]*

JOHN HEALY