# **EXHIBIT O**





Printed on sustainably sourced paper

CARLTON CARDS



16578828
5229759
1.99  CH14014-01F
©AGC, LLC  MADE IN U.S.A.

CARLTON CARDS  CLEVELAND, OHIO 44144

10-31-15

Dear Claudia,

I only have eyes for you.

Happy Halloween

All my love,
Bill

It's a scary time, this Halloween night
When ghosts and goblins give you a fright.

But luckily each other will get us through.

Two bodies as one, one and you.

For my time I am down or blue.

The thought of your smile, your touch rubbed all smooth.

So I exclaim again; you are the love of my life!!

My lover, my partner, companion, so lucky you are my wife!!





Printed on sustainably sourced paper



CARLTON CARDS  CLEVELAND, OHIO 44144

10-31-15

Dear Bob,

I only
have eyes
for you.

Happy Halloween

All my love,
xox
Claudia