```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
United States of America,                     :
                                              :
                -against-                     :
                                              :    15 Cr. 287 (LTS)
Sean Stewart,                                 :
                                              :
                Defendant.                    :
-------------------------------------------------------------X
```

LAURA TAYLOR SWAIN, District Judge:

PLEASE CHECK (√) YOUR ANSWERS
All jurors must agree on the answers to each of the following questions:

**How do you find the Defendant, Sean Stewart, as to:**

I.   Count 1: Conspiracy to Commit Securities Fraud and Tender Offer Fraud?

    \_\_\_\_\_ Not Guilty      \_\_\_\_\_ Guilty

II.  Count 2: Conspiracy to Commit Wire Fraud?

    \_\_\_\_\_ Not Guilty      \_\_\_\_\_ Guilty

III. Count 3: Securities Fraud in Connection with Kendle Inc. Common Stock?

    \_\_\_\_\_ Not Guilty      \_\_\_\_\_ Guilty

IV.  Count 4: Securities Fraud in Connection with KCI Common Stock?

    \_\_\_\_\_ Not Guilty      \_\_\_\_\_ Guilty

V.   Count 5: Securities Fraud in Connection with KCI Call Options?

    \_\_\_\_\_ Not Guilty      \_\_\_\_\_ Guilty

VI.     Count 6: Securities Fraud in Connection with Gen-Probe Call Options?

         _____ Not Guilty         _____ Guilty

VII.     Count 7: Securities Fraud in Connection with Lincare Call Options?

         _____ Not Guilty         _____ Guilty

VIII.     Count 8: Securities Fraud in Connection with CareFusion Call Options?

         _____ Not Guilty         _____ Guilty

IX.     Count 9: Tender Offer Fraud in Connection with Lincare Call Options?

         _____ Not Guilty         _____ Guilty

*You are finished.  Each juror who agrees with this verdict must sign below:*

_____   _____

Foreperson

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____