UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

SEAN STEWART,

             Defendant.
-------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-28-2016

No. 15CR287-LTS

## ORDER

For the reasons stated on the record at the hearing held today, Defendant's motion to compel the testimony of Robert Stewart is denied. Docket entry number 132 resolved.

SO ORDERED.

Dated: New York, New York
       July 27, 2016

                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge