# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**David E. Patton**
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

JUL 06 2016

July 5, 2016

**EX PARTE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2016

**BY HAND**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Sean Stewart**
    15 CR. 287 (LTS)

Dear Judge Swain:

   I write on behalf my client, Sean Stewart, to request that you sign the enclosed ex parte Order directing the Winthrop University Hospital to permit defense counsel to inspect and photograph the building of Winthrop University Hospital, including the hallway and doorway of Room N344, located at 200 Old Country Road, Mineola, NY 11501. The requested inspection and photography is essential to the preparation of Mr. Stewart's defense. If the Court requires further information, I can proffer in more detail as to why the inspection is necessary.

   If the Court grants our request, I respectfully request that chambers notify my paralegal, Megan Hauptman, at 212-417-8767 so that we may then pick up the Order from Your Honor's chambers.

Respectfully submitted,

Martin Cohen, Esq.
Attorney for **Sean Stewart**
212-417-8737