**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 4, 2018

**BY ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:   *United States v. Sean Stewart*,
              S1 15 Cr. 287 (LTS)

Dear Judge Swain:

      We write respectfully to inform the Court of recent developments in the above-referenced case.  On November 5, 2018, the Second Circuit Court of Appeals vacated the defendant's convictions on all counts and remanded the case to Your Honor for further proceedings.

      The Government intends to retry the defendant, and believes it is in the public interest for that retrial to occur promptly.  Upon issuance of the mandate by the Second Circuit, the Government respectfully requests that the Court schedule a conference and set a trial date at the Court's earliest convenience.

                                      Respectfully submitted,

                                      GEOFFREY S. BERMAN
                                      United States Attorney

                     by: __/s/_____
                          Richard Cooper / Samson Enzer
                          Assistant United States Attorneys
                          (212) 637-1027 / 2342

cc (by email):  Mark Gombiner, Esq.
                    Martin Cohen, Esq.
                    Alexandra Shapiro, Esq.