UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                          No.  15 CR 287-LTS

SEAN STEWART,

        Defendant.

-------------------------------------------------------x

## ORDER

        On December 21, 2018, the Second Circuit entered its mandate, vacating the judgment of this Court and remanding this case for further proceedings.  (Docket Entry No. 277.)  A pre-trial conference is scheduled for **January 8, 2019**, at **11:00 a.m.** in **Courtroom 17C**.

        The Court finds that the ends of justice served by the granting of an exclusion from speedy trial computations from the date of this Order through January 8, 2019, pursuant to the Speedy Trial Act, 18 U.S.C. §  3161(h)(7)(A), outweigh the best interests of the public and the defendant in a speedy trial in light of the recent issuance of the Second Circuit mandate and the need for time for the parties to make determinations regarding further proceedings.  Accordingly, such time period is excluded prospectively.

        SO ORDERED.

Dated: New York, New York
       January 4, 2019

                                                                               _/s/ Laura Taylor Swain_____
                                                                               LAURA TAYLOR SWAIN
                                                                               United States District Judge