**Fried, Frank, Harris, Shriver & Jacobson LLP**

**FRIED FRANK**

One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

Direct Line: +1.212.859.8592
Email: steven.witzel@friedfrank.com

January 4, 2019

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Sean Stewart*, 1:15-cr-00287-LTS

Dear Judge Swain:

As discussed with Ms. Ng this afternoon, this letter confirms that the pre-trial conference in the above-captioned matter currently scheduled for January 8, 2019 at 11:00 a.m. has been rescheduled to January 10, 2019 at 3:30 p.m. This further confirms that time under the Speedy Trial Act is excluded through January 10, 2019 on consent of counsel to Mr. Stewart.

Respectfully,

Steven M. Witzel

cc: Richard Cooper, Esq.
    Samson Enzer, Esq.

**New York • Washington • London • Frankfurt**
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

18053179.1