Fried, Frank, Harris, Shriver & Jacobson LLP

**FRIED FRANK**

One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/19

Direct Line: +1.212.859.8592
Email: steven.witzel@friedfrank.com

January 4, 2019

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *United States v. Sean Stewart*, 1:15-cr-00287-LTS

Dear Judge Swain:

As discussed with Ms. Ng this afternoon, this letter confirms that the pre-trial conference in the above-captioned matter currently scheduled for January 8, 2019 at 11:00 a.m. has been rescheduled to January 10, 2019 at 3:30 p.m. This further confirms that time under the Speedy Trial Act is excluded through January 10, 2019 on consent of counsel to Mr. Stewart.

Respectfully,

Steven M. Witzel

cc: Richard Cooper, Esq.
    Samson Enzer, Esq.

THE APPLICATION IS GRANTED. THE CONFERENCE IS *adjourned to 1/10/19 at 3:30 pm* IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH *1/10/19* OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

LAURA TAYLOR SWAIN, USDJ   1/7/19